United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-21781-DS |
| Avery Mica Bilz | Chapter 7 |
| Leah Marlies Curtis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: nacd | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Avery Mica Bilz, Leah Marlies Curtis, 1745 Wilcox Ave., Apt. 408, Los Angeles, CA 90028-8594 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Feb 11 2026 01:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 11 2026 01:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Feb 11 2026 01:00:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42862584 | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 01:10:21 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 42862585 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2026 01:10:21 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 42862586 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2026 01:10:13 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42862587 | Email/Text: mrdiscen@discover.com | Feb 11 2026 01:00:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42862588 + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2026 01:10:31 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 42862589 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 11 2026 01:10:13 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: nacd | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Avery Mica Bilz bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Leah Marlies Curtis bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE TO AMEND OR CORRECT DEBTOR(S) NAME AND ADDRESS

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Avery Mica Bilz<br>**SSN:** xxx–xx–6318<br>**EIN:** N/A<br>Leah Marlies Curtis<br>**SSN:** xxx–xx–0562<br>1745 Wilcox Ave., Apt. 408<br>Los Angeles, CA 90028 | **BANKRUPTCY NO.**  2:25–bk–21781–DS<br>**CHAPTER**  7 |

The notice previously mailed in this case is hereby amended to correct the above–debtor information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

Dated: February 10, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nacd rev. 5/96 VAN–81)

**8 / SF**