Certificate Number: 14912-CAC-DE-040728052

Bankruptcy Case Number: 25-21781



14912-CAC-DE-040728052

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2026, at 2:58 o'clock AM EDT, Avery Bilz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 13, 2026    By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor